1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TRAVIS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HOME DEPOT U.S.A., INC.; AND DOES 1 TO 100, INCLUSIVE<br><br>　　　　Defendants. | Case No. SACV12-1860-JST-(MLGx)<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>Removal Filed:　October 25, 2012<br>Trial Date:　　　March 4, 2014 |

17
18
19
20
21
22
23
24
25
26
27
28

1 **O R D E R**

2 **GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED**

3 **THAT** the provisions of the concurrently filed stipulation between the parties

4 regarding the use and protection of Confidential Information (the "Stipulated

5 Protective Order") shall be entered as the Order of the Court and be binding upon the

6 parties.

7

8 DATED: April 8, 2013

9 THE HONORABLE MARC L. GOLDMAN
UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  14485194.1

28