1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11

JAMES TRAVIS,

Case No. SACV12-1860-JST-(MLGx)

12

       Plaintiff,

**[~~PROPOSED~~] ORDER GRANTING STIPULATED PROTECTIVE ORDER**

13
14

  vs.

15

HOME DEPOT U.S.A., INC.; AND DOES 1 TO 100, INCLUSIVE

Removal Filed:   October 25, 2012
Trial Date:       March 4, 2014

16

      Defendants.

17
18
19
20
21
22
23
24
25
26
27
28

Proposed Order
Granitne Joint

# O R D E R

**GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT** the provisions of the concurrently filed stipulation between the parties regarding the use and protection of Confidential Information (the "Stipulated Protective Order") shall be entered as the Order of the Court and be binding upon the parties.

DATED:  April 8, 2013

_____
THE HONORABLE MARC L. GOLDMAN
UNITED STATES MAGISTRATE JUDGE

14485194.1